THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
JANE JONES, Appellant.

*People* v. *Jones,* 129 App. Div. 772, affirmed.
(Argued March 30, 1909; decided April 27, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
January 8, 1909, which affirmed a judgment of the Wyoming
County Court rendered upon a verdict convicting the defendant
of the crime of keeping a disorderly house.

*Frank W. Brown* for appellant.

*John Knight* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

JOSEPH WETZEL et al., Respondents, *v.* JOHN HECKLER,
Appellant, Impleaded with Others.

*Wetzel* v. *Williamsville Park Land Co.,* 123 App. Div. 913, affirmed.
(Argued March 30, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department, entered
January 16, 1908, affirming a judgment in favor of plaintiffs
entered upon the report of a referee in an action under section
30 of the Stock Corporation Law (L. 1892, ch. 688) to hold a
director of a corporation liable for its debts.

*George L. Kingston* for appellant.

*Charles W. Strong* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.